## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HAL JENKINS, as assignee of certain of the claims of CLJ HEALTHCARE, LLC; and CLJ HEALTHCARE, LLC, as to certain non-assigned claims, | : : : : : : : : : : : : : : : : : : : : |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:20-CV-01263-JPB |
| PRIME INSURANCE CO., PRIME HOLDINGS INSURANCE SERVICES, INC. d/b/a CLAIMS DIRECT ACCESS, DAVID MCBRIDE, ESQ., AND EVOLUTION INSURANCE BROKERS, LC, | |
| Defendants. | |

### DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY AND CERTAIN PRE-TRIAL DEADLINES

Plaintiffs filed their Complaint on March 10, 2020. Defendants removed the case to this Court and have filed a Motion to Dismiss requesting the dismissal of all claims asserted in the Complaint. In the interest of efficiency and judicial economy, Defendants respectfully request that the Court stay all discovery and

1

requirements and deadlines under Rule 16 and 26 (and the associated Local Rules) in this action until the Court rules on the pending Motion to Dismiss.

The Court has broad power to stay proceedings before it incidental to the Court's inherent power to control its docket efficiently.[1] In general, motions to dismiss for failure to state a claim "should be resolved before discovery begins."[2] Here, Defendants have moved to dismiss all claims contained in Plaintiffs' Complaint. The motion is dispositive and, if granted, will wholly dispose of all issues in this case. Therefore, it would be inefficient to engage in the discovery process and the conference, report, and disclosures required under Rules 16 and 26 until the Motion to Dismiss is decided. Entering a stay will also avoid the parties incurring unnecessary costs and preserve judicial resources.

Therefore, Defendants respectfully request that the Court enter an Order staying discovery and the required conference, disclosures, report, and all other requirements and deadlines under Rules 16 and 26 until the Court rules on the pending Motion to Dismiss. A proposed Order is submitted herewith.

---

[1] *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. North American Co.*, 299 U.S. 248, 264-55 (1936).

[2] *Roberts v. FNB S. of Alma*, 716 Fed. Appx. 854, 857 (11th Cir. 2017) (unpublished opinion), citing *Chudasama v. Mazda Motor Corp.*, 123 F. 3d 1353 (11th Cir. 1997); *Ballard v. Bank of Am. Corp.*, 2014 U.S. Dist. LEXIS 189270 (N.D. Ga. 2014).

Respectfully submitted, this 31st day of March, 2020.

                      **HAWKINS PARNELL & YOUNG, LLP**

|  |  |
|---|---|
|  | /s/ Brian W. Sprinkle |
| 303 Peachtree Street, NE | Michael J. Goldman |
| Suite 4000 | Georgia Bar No.: 300100 |
| Atlanta, Georgia 30308-3243 | Brian W. Sprinkle |
| P: (404) 614-7400 | Georgia Bar No.: 673036 |
| F: (404) 614-7500 |  |
| E: mgoldman@hpylaw.com | *Attorneys for Defendants* |
|    bsprinkle@hpylaw.com |  |

## CERTIFICATE OF COUNSEL

The above signed counsel hereby certifies that he prepared this document in accordance with LR 5.1, NDGa, and LR 7.1(D), NDGa. Specifically, counsel certifies that he used 14-point Times New Roman as the font in this document.

3

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HAL JENKINS, as assignee of certain of the claims of CLJ HEALTHCARE, LLC; and CLJ HEALTHCARE, LLC, as to certain non-assigned claims, :<br><br>Plaintiffs, :<br><br>v. :<br><br>PRIME INSURANCE CO., PRIME HOLDINGS INSURANCE SERVICES, INC. d/b/a CLAIMS DIRECT ACCESS, DAVID MCBRIDE, ESQ., AND EVOLUTION INSURANCE BROKERS, LC, :<br><br>Defendants. : | CIVIL ACTION NO.<br><br>1:20-CV-01263-JPB |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record as follows:

| | |
|---|---|
| Robert F. Webb<br>WEBB & D'ORAZIO<br>2551 Roswell Road, Suite 201<br>Marietta, GA 30062<br>*Attorneys for Plaintiffs* | Brent J. Savage<br>SAVAGE, TURNER, DURHAM, PINCKNEY, & SAVAGE<br>102 E. Liberty Street, 8th Floor<br>Savannah, GA 31401<br>*Attorneys for Plaintiffs* |

This 31st day of March, 2020.

/s/ Brian W. Sprinkle
Brian W. Sprinkle
Georgia Bar No. 673036
*Attorneys for Defendants*

4

12886177v.1