**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HAL JENKINS, as the assignee of certain of the claims of CLJ HEALTHCARE, LLC; and CLJ HEALTHCARE, LLC, as to certain non-assigned claims, <br><br> Plaintiff, <br><br> -vs- <br><br> PRIME INSURANCE CO., PRIME HOLDINGS INSURANCE SERVICES, INC. d/b/a CLAIMS DIRECT ACCESS, DAVID MCBRIDE, ESQ., and EVOLUTION INSURANCE BROKERS, LC, <br><br> Defendants. | Civil Action No.: <br> 1:20-CV-01263-JPB |

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY AND CERTAIN PRE-TRIAL DEADLINES**

COME NOW, PLAINTIFFS in the above referenced action, and file this Supplemental Response to Defendants' Motion to Stay Discovery and Certain Pretrial Deadlines, showing as follows:

The Defendants have filed a Motion to Dismiss, which is currently pending before the Court. The Plaintiffs' response to this motion is due to be filed on May 14, 2020. (Text Order, dated April 6, 2020). Based on the pendency of this Motion, the Defendants have filed a motion to stay discovery **and** have also requested that a stay of "deadlines under Rule 16 and 26 (and the associated Local Rules) in this action until the Court rules on the pending Motion to Dismiss." (Doc. 5-1, p. 1).

The Plaintiff wishes discovery to proceed. (Doc. 8). However, the Plaintiff agrees with the Defendants that the deadlines under Rules 16 and 26 should be stayed until such time as the Court resolves the motion to stay discovery.

## **CONCLUSION**

The Plaintiff respectfully requests that the Motion to Stay Discovery be denied, but agrees with the Defendants that the other deadlines under Rules 16 and 26, including submission of initial disclosures and the Joint Preliminary Report and Discovery Plan, should be stayed.

**THIS THE 16th DAY OF APRIL, 2020.**

                              SAVAGE & TURNER, P.C.

                    By:   /s/ Brent J. Savage
                              Brent J. Savage
                              Georgia Bar No. 627450

102 East Liberty Street, 8th Floor
Post Office Box 10600
Savannah Georgia 31412
Phone: (912) 231-1140
Fax: (912) 232-4212
lwickline@savagelawfirm.net

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HAL JENKINS, et al,

    Plaintiffs,

-vs-

PRIME INSURANCE CO., et al,

    Defendants.

Civil Action No.:
1:20-CV-01263-JPB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and forgoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record as follows:

    Michael J. Goldman (mgoldman@hpylaw.com)
    Brian W. Sprinkle (bsprinkle@hpylaw.com)
    HAWKINS PARNELL & YOUNG, LLP
    303 Peachtree Street
    Suite 4000
    Atlanta, Georgia 30308

THIS THE  16th  DAY OF  APRIL , 2020.

    SAVAGE & TURNER, P.C.

    By:  /s/ Brent J. Savage
          Brent J. Savage
          Georgia Bar No. 627450

102 East Liberty Street, 8th Floor
Post Office Box 10600
Savannah Georgia 31412
Phone:  (912) 231-1140
Fax: (912) 232-4212
lwickline@savagelawfirm.net